## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:16-CV-221-FDW-DCK

| | | |
|---|---|---|
| **FRANCISCO AVOKI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CAROLINA TELCO FEDERAL CREDIT** | ) | |
| **UNION**, | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

**THIS MATTER BEFORE THE COURT** on "Defendant's Motion To Dismiss" (Document No. 9) filed July 21, 2016; *pro se* Plaintiff's "Motion For Leave To Amend Complaint And Request Of Jury Trial" (Document No. 15) filed August 10, 2016; and "Defendant's Motion For Extension Of Time To Answer Plaintiff's Amended Complaint And Conduct Initial Attorneys Conference In Light Of Same" (Document No. 16) filed August 11, 2016. This matter has been referred to the undersigned Magistrate Judge pursuant to 28U.S.C §636(b) and immediate review is appropriate. Having carefully considered the motions and the record, and the applicable authority, the undersigned will allow Plaintiff's motion to amend, and thus deny as moot Defendant's motion to dismiss, and allow Defendant an extension of time to answer the Complaint.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Dismiss" (Document No. 9) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that *pro se* Plaintiff's "Motion For Leave To Amend Complaint And Request Of Jury Trial" (Document No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that "Defendant's Motion For Extension Of Time To Answer Plaintiff's Amended Complaint And Conduct Initial Attorneys Conference In Light Of Same" (Document No. 16) is **GRANTED**. Defendant shall file an Answer, or otherwise respond to *pro se* Plaintiff's "First Amended Complaint" (Document No. 15) on or before **September 7, 2016**; and the parties shall conduct an Initial Attorney's Conference on or before **September 21, 2016**.

Signed: August 11, 2016

David C. Keesler
United States Magistrate Judge