# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-221-DCK

| | |
|---|---|
| FRANCISCO AVOKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLINAS TELCO, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Stay Discovery And For Preliminary Hearing On Motion To Dismiss" (Document No. 28) filed October 17, 2016. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this motion is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Stay Discovery And For Preliminary Hearing On Motion To Dismiss" (Document No. 28) is **GRANTED**. Discovery in this matter is **STAYED** until otherwise ordered.

**IT IS FURTHER ORDERED** that the Clerk shall set this matter on for hearing on **November 29, 2016 at 10:00 a.m.** in Courtroom 2-2, Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina.

**SO ORDERED**.

Signed: October 17, 2016

David C. Keesler
United States Magistrate Judge